FILED
NOV 0 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States District Court

Fred Plummer DCDC 224403
1901 D St. SE
v  Wash, DC 20003

The Mayor Adrian M Fenty
Office of the Secretary Suite 419
1350 Penn. AVE. NW
Washington D.C 20004
Serve S Tabotha Braxton

Case: 1:07-cv-01972
Assigned To : Unassigned
Assign. Date : 11/02/2007
Description: PRO SE GEN. CIVIL

CASE RE-ASSIGNED
JAN 0 9 2008
TO: URBINA, J. RMU

## Complaint

Negligence, Due Process, Peronal injury, False statement

Upon my arrival at the DOC date 10/24/06 I didn't receive any written or Printed, oral or pictoral statement or administrative Procedures, until June 2007, which was a inmates hand book and a second uniform now the DOC is asking the Court to dismiss a Law Suit I Filed agained the DOC also the District of Columbia, on the ground I didn't Follow the correct Process DOC said I should have First Filed a IGP and Grievance with the DOC so DOC could resolve the matter informally and if the matter was not resolve informally I could File a formal grievance with the Institution administrator, Doc also said an explanation of the administrative procedures is provided to all inmates upon arrival at a detention the Statement is "False"

RECEIVED
OCT 12 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

②

The inmates didn't receive any administrative Procedures the inmates only received a inmates hand book which was issue to all inmates in June 2007, now DOC asked the Court to dismiss my Law Suit that I Filed in may 2007 I didn't have any Knownledge of the grievance Process until may 25, 2007 which was Provided by the washington Lawyers Committ For Civil right & Urban affairs

I arrval ort the DOC 10/24/06 I was Place in Protective Custody, North 2 Cell 54, ON may 9, 2007 1:16 PM I Jaobi Tunde Jumped on me hiting in the head and ribs he push me, hiting my hand on the metal Frame of the bed I am now have unbearable head aches I received medical treatment and returned to my Cell I Jaobi Tunde was Place in another Cell the incedent Cause me Physical also Psychogenic injury

may 17, 2007 Officer Place a new inmate in the Cell with me the next day around 11:45 AM Cellmate Said to me Some one in this Cell will die to day 30 minute Later he was hanging him Self the officer Came and Cut him down and removed him 20 minute Later Came back with the inmate and Said he was ok now, I ask to be moved to another Cell L.T Hall Said he no threat to you he a threat to him Self, 30 minutes Later he was trying to hanging him Self again the Officer Came and Cut him down this incedent Cause me Psychogenic,

③

On may 20, 2007 Alphonzo Buckner Filed a Complaint agained a inmate and S G Wolfer she then in From the other inmates I was a snitch the inmates begain to threat my Life, this incedent Couse me Psychogenic injury.

I asked the Court For a jury trial in this Case also I am Seeking adequate medical Care and monetary damages in the amount OF 65, millon Dollor

sincerely
Fred Plummer

Fred Plummer
DCDC 224403
1901 D St SE
Washington DC 20003

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS
Fred Plummer

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 11001
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
# 224-403

## DEFENDANTS
The Mayor Adrian M. Fenty

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE

Case: 1:07-cv-01972
Assigned To : Unassigned
Assign. Date : 11/02/2007
Description: PRO SE GEN. CIVIL

[Stamps: JAN 09 2008; CASE RE-ASSIGNED TO: URBINA, RMU]

F 07-1972 UNA

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☐ E. General Civil (Other) OR ☒ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

**No Summons Issued**

|  □ G. *Habeas Corpus/* *2255*  □ 530 Habeas Corpus-General  □ 510 Motion/Vacate Sentence | □ H. *Employment Discrimination*  □ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)  *(If pro se, select this deck)* | □ I. *FOIA/PRIVACY ACT*  □ 895 Freedom of Information Act  □ 890 Other Statutory Actions (if Privacy Act)  *(If pro se, select this deck)* | □ J. *Student Loan*  □ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| □ K. *Labor/ERISA (non-employment)*  □ 710 Fair Labor Standards Act  □ 720 Labor/Mgmt. Relations  □ 730 Labor/Mgmt. Reporting & Disclosure Act  □ 740 Labor Railway Act  □ 790 Other Labor Litigation  □ 791 Empl. Ret. Inc. Security Act | □ L. *Other Civil Rights (non-employment)*  □ 441 Voting (if not Voting Rights Act)  □ 443 Housing/Accommodations  □ 444 Welfare  □ 440 Other Civil Rights  □ 445 American w/Disabilities-Employment  □ 446 Americans w/Disabilities-Other | □ M. *Contract*  □ 110 Insurance  □ 120 Marine  □ 130 Miller Act  □ 140 Negotiable Instrument  □ 150 Recovery of Overpayment & Enforcement of Judgment  □ 153 Recovery of Overpayment of Veteran's Benefits  □ 160 Stockholder's Suits  □ 190 Other Contracts  □ 195 Contract Product Liability  □ 196 Franchise | □ N. *Three-Judge Court*  □ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding  □ 2 Removed from State Court  □ 3 Remanded from Appellate Court  □ 4 Reinstated or Reopened  □ 5 Transferred from another district (specify)  □ Multi district Litigation  □ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
42 USC 1983

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS  □  ACTION UNDER F.R.C.P. 23   DEMAND $ $6.5 million   Check YES only if demanded in complaint  JURY DEMAND: ☒ YES   □ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   □ YES  □ NO   If yes, please complete related case form.

DATE 11/2/07   SIGNATURE OF ATTORNEY OF RECORD   NCD

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.



N:\forms\js-44.wpd