

**United States** ~~for the~~ ~~District Court for the~~ **District of Columbia**

**CIVIL DIVISION**

**FILED**

NOV 0 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Fred Plummer
_____,
                    *Plaintiff*

**vs.**                              Civil Action No. **07 1972** _____

The Mayor Adrian m Fenty
_____
                    *Defendant*

## AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

I further swear that the responses which I have made to questions and instructions below relating to my ability to pay the cost of proceeding in this action are true.

1.  Are you presently employed?    Yes_____ No __✓__
    a.  If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer.

    _____

    b.  If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received

    _____

2.  Have you received within the past twelve months any money from any of the following sources?
    a.  Business, profession or form of self-employment?    Yes_____ No __✓__
    b.  Rent payments, interest or dividends?    Yes_____ No __✓__
    c.  Pensions, annuities or life insurance payments?    Yes_____ No __✓__
    d.  Gifts or inheritance?    Yes_____ No __✓__
    e.  Any other sources?    Yes_____ No __✓__

    If the answer to any of the above is yes, describe each source of money and state the amount received form each during the past twelve months.

    _____

    _____

# RECEIVED

OCT 1 2 2007

_____

Form CV(6)-994 Nov 88                                        9-1473 wd-314

2

3. Do you own any cash, or do you have money in checking or savings account? Yes_____
No___✓___ (Include any funds in prison accounts). If the answer is yes, state the total value
of the items owned.

_____

_____

_____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property
(excluding ordinary household furnishings and clothing)? Yes_____ No___✓___
If the answer is yes describe the property and state its approximate value.

_____

_____

_____

5. List the persons who are dependent upon you for support, state your relationship to those
persons, and indicate how much you contribute toward their support.

_____

_____

_____

I have read and subscribed to the above and swear, under oath, that the information is true
and correct. I understand that a false statement or answer to any question in this affidavit
will subject me to penalties for perjury.

X _*Fred Plummer*_____
                    *(Plaintiff's signature)*

X _Fred Plummer_____, being first duly sworn under oath, presents that he
has read and subscribed to the above and states that the information herein is true and correct.

X _*Fred Plummer*_____
                    *(Plaintiff's signature)*

SUBSCRIBED AND SWORN TO before me this

X _____12_____ day of _____10 month_____, 20 07 .

X _____
        *Notary Public or other person*
        *Authorized        'minister an oath*