UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Fred Plummer )
 )
v. )
 ) Civil Action No. 07-1972 RMU
 )
The Mayor Adrian M. Fenty )

REASSIGNMENT OF CIVIL CASE
(non-calendar committee)

The above entitled action was assigned on January 9, 2008 from Unassigned (9098)

to Judge Urbina because the plaintiff has satisfied the requirements of the PLRA.

NANCY MAYER-WHITTINGTON, CLERK

By: La Tanau Scott
Deputy Clerk

CC: Judge Urbina
& Courtroom Deputy