U.S District Court

Fred Plummer

vs

The Mayor Adrian M. Fenty

Civil Action No: 07-1972 (RMU)

Judge Ricardo M. Urbina

**RECEIVED**
APR 1 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Appointment of Counsel

The Honorable Ricardo M. Urbina
Judge of the U.S District Court

Dear Urbina

My Name is Fred Plummer DCDC 224403 I'm a inmate at D.C Jail I'm Serving misdemean time I have eight months befour my release date your Honor I Filed a Law Suit against the Department of Correction's your Honor I try with no Success in obtaining a attorney I have no Legal exprience and the Law Library here at D.C Jail only have Criminal Information I ask your Honor to appoint me an attorney to represent me.

Fred Plummer DCDC 224403

1901 D St SE
Washington DC 20003